UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

IN RE:   MICHAEL R.  OSBORNE                    CASE NO.: 03-13077
         MARY S.  OSBORNE

         DEBTORS                                 CHAPTER 7


APPLICATION TO DEPOSIT UNCLAIMED FUNDS

NOW COMES Samera L. Abide, trustee herein, who respectfully moves this Honorable Court for an order permitting her to deposit into the Treasury of the United States, pursuant to 28 U.S.C. 2041, the sum of $352.81 representing dividend held for the following party whose name is listed on Exhibit 1 which is attached to this motion.

> *s/Samera L. Abide*
> Samera L. Abide, Bar No. 2288
> Trustee
> 17732 Highland Road, Suite G PMB107
> Baton Rouge, LA  70810-3813
> Telephone:  (225) 923-1404

Certificate of Service

I hereby certify that the Application to Deposit Unclaimed Funds have been served on the United States Trustee, Texaco Center, Suite 2110, 400 Poydras Street, New Orleans, LA 70130, by placing a copy of same in the United States mail, first class, postage prepaid and properly addressed on this day.

Date: 01/14/08

> *s/Samera L. Abide*
> Samera L. Abide

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 5

| Case No. | 03-13077 | Trustee Name: | Samera L. Abide |
|---|---|---|---|
| Case Name: | OSBORNE, MICHAEL R. AND OSBORNE, MARY S. | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | 137434555 | Checking Acct #: | 7152033077 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/1/2003 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 1/9/2008 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/02/2007 | 2023 | Monogram Credit Card Bank of Georgia | Final Distribution. Claim #: 22; Amount Allowed: 596.24; Notes: | 7100-000 | | $300.27 | $0.00 |
| 01/09/2008 | 2016 | VOID: SMC | Returned undeliverable | 7100-003 | | ($352.81) | $352.81 |
| | | | TOTALS: | | $26,071.41 | $25,718.60 | $352.81 |
| | | | Less: Bank transfers/CDs | | $26,071.41 | $0.00 | |
| | | | Subtotal | | $0.00 | $25,718.60 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $25,718.60 | |

For the period of 10/1/2003 to 1/9/2008                    For the entire history of the account between 01/31/2007 to 1/9/2008

| | | | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $26,071.41 | Total Internal/Transfer Receipts: | $26,071.41 |
| Total Compensable Disbursements: | $25,718.60 | Total Compensable Disbursements: | $25,718.60 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $25,718.60 | Total Comp/Non Comp Disbursements: | $25,718.60 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |