UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

IN RE: MICHAEL R. OSBORNE  CASE NO.: 03-13077
MARY S. OSBORNE

DEBTORS  CHAPTER 7

ORDER

CONSIDERING the Application to Deposit Unclaimed Funds filed by Samera L. Abide, trustee, and the representations therein,

IT IS ORDERED that funds in the total amount of $352.81 be deposited into the Treasury of the United States in accordance with 28 U.S.C. 2041 and held for the following party:

| PARTY | AMOUNT |
| --- | --- |
| SMC | 352.81 |
|  |  |

Baton Rouge, Louisiana, January 14, 2008.

**s/ Douglas D. Dodd**
DOUGLAS D. DODD
UNITED STATES BANKRUPTCY JUDGE